IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

---

**WENDY PRINCE,** individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

**JOHNSON HEALTH TECH TRADING, INC.,** *et al.*,

        Defendants.

Civil Action No. 5:22-CV-00035-EKD

---

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND NOTICE PLAN,
AND TO APPOINT CLASS REPRESENTATIVE AND CLASS COUNSEL**

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel of record, respectfully move the Court for an order granting preliminary approval of the class action settlement reached between the parties and of their plan for settlement administration, notice, and distribution, appointing Plaintiff Wendy Prince as Class Representative, and appointing the undersigned as Class Counsel.

This Motion is supported by the accompanying memorandum of law; the Declaration of W.B. Markovits, with the attached exhibits; the record references set forth in the memorandum of law; all of the records, files, and proceedings in this matter; and the arguments of counsel to be made at the hearing to be scheduled by the Court.

Two proposed Orders are also filed with this Motion, and have been sent to chambers in Word format by email, in accordance with the Court's policy: one granting the Motion itself, and

the other addressed to third-party retailers in possession of information of the identities and contact details of proposed Class Members.

Dated: November 11, 2024.

Respectfully submitted,

*/s/ W.B. Markovits*
**MARKOVITS, STOCK & DEMARCO, LLC**
W.B. Markovits*
Terence R. Coates*
Justin C. Walker*
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*bmarkovits@msdlegal.com*
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*

*/s/ Malissa Lambert Giles*
**GILES & LAMBERT, P.C.**
Malissa Lambert Giles, Esq. (VBN 33955)
129 East Campbell Avenue, Suite 300
Roanoke, VA 24011
Telephone: (540) 981-9000
Facsimile: (540) 981-9327
*mgiles@gileslambert.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

*admitted *pro hac vice*

**Counsel for Plaintiff and Proposed Class Counsel**

2