# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**WENDY PRINCE,** individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

**JOHNSON HEALTH TECH TRADING, INC.,** *et al.,*

        Defendants.

Civil Action No. 5:22-CV-00035-EKD

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and this Court's December 12, 2024 Order granting preliminary approval of the class action settlement and notice plan (ECF No. 80) ("Preliminary Approval Order"), Plaintiff Wendy Prince ("Plaintiff"), individually and on behalf of others similarly situated, hereby respectfully moves this Court to:

    1.    Grant final approval to the settlement described in the Settlement Agreement and Release ("Settlement Agreement")[1] between Plaintiff and Defendants Johnson Health Tech Trading, Inc., and Johnson Health Tech Retail, Inc. ("Horizon" or "Defendants") as fair, reasonable, and adequate;

    2.    Finally certify the Settlement Class pursuant to Rule 23;

    3.    Finally approve the appointment of Plaintiff as Class Representative;

    4.    Finally approve the appointment of W.B. Markovits, Terence R. Coates, and Justin

---

[1] The Settlement Agreement was filed with the Court on November 11, 2024. ECF No. 78-1.

C. Walker of Markovits, Stock & DeMarco, LLC; Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, and Tracy A. and Malissa Lambert Giles of Giles & Lambert, P.C as Class Counsel; and

5. Grant Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Class Representatives filed on March 17, 2025 (ECF No. 84) and award Class Counsel the sum of $200,000.00 as attorneys' fees, $98,384.59 as an award of costs and expenses to be paid in accordance with the Settlement Agreement, and $7,500 for a Service Award to Plaintiff.

This Motion is based upon: (1) Plaintiff's Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement; (2) the Declaration of Anne-Marie Marra of Simpluris Regarding Notice and Settlement Administration (ECF No. 86), filed May 31, 2025; (3) the Declaration of W.B. Markovits in Support of Unopposed Motion for Final Approval of Class Action Settlement, filed herewith; (4) Plaintiff's Motion for an Award of Attorneys' Fees, Expenses, and Class Representative Service Award, and accompanying brief and exhibits (ECF. Nos. 84, 85), filed March 17, 2025; (5) the Settlement Agreement (ECF 78-1); (6) the Preliminary Approval Order (ECF No. 80); (7) the records, pleadings, and papers filed in this action; and (8) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on July 14, 2025.

For the reasons described in Plaintiff's memorandum of law in support of this motion, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order and proposed Judgment.

Dated: June 30, 2025                    Respectfully submitted,

                                                             */s/ W.B. Markovits*
                                                             **MARKOVITS, STOCK & DEMARCO, LLC**

W.B. Markovits*
Terence R. Coates*
Justin C. Walker*
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*bmarkovits@msdlegal.com*
*tcoates@msdlegal.com*
*jwalker@msdlegal.com*

*/s/ Malissa Lambert Giles*
**GILES & LAMBERT, PC**
Malissa Lambert Giles, Esq. (VBN 33955)
129 East Campbell Avenue, Suite 300
Roanoke, VA 24011
Telephone: (540) 981-9000
Facsimile: (540) 981-9327
*mgiles@gileslambert.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

*admitted *pro hac vice*

***Counsel for Plaintiff and Proposed Class Counsel***